January 26, 1939

Hon. F. L. Massie
County Auditor
Vernon, Texas

Dear Sir:

Opinion No. O-205
Re: Can script issued for
electric services be
used to pay taxes?

This office is in receipt of your letter of
January 24 asking our opinion as to whether script is-
sued to West Texas Utilities Company for light current
furnished Wilbarger County can be used to pay ad valor-
em taxes of that company.

You cite Article 7049 Revised Civil Statutes,
reading as follows:

"The taxes levied by this chapter are
payable in currency or coin of the United
States; provided, that persons holding scrip
issued to them for services rendered the
county may pay their county ad valorem taxes
in such scrip (t)."

In the absence of statutes permitting him to do so
a Tax Collector cannot accept anything except money in the
payment of taxes. Cooley on Taxation, 4th Ed., Sec. 1252;
61 C. J. 963.

Electricity supplied to a consumer is a "commodity."
State vs Interstate Power Co., 226 N. W. 427, 118 Nebr. 756.
See McKinley Telephone Co. vs. Cumberland Telephone Co., 140
N. W. 38, 152 Wis. 359. (Telephone service is a commodity).

It is therefore our opinion that the furnishing of
electricity is not a "service rendered the county" within
the meaning of Article 7049.

Other articles relating to the use of certain kinds of script in the payment of county taxes are Article xxx Revised Civil Statutes and Article 1010 Code of Criminal Procedure. Neither of these articles nor any other so far as we have been able to find would authorize the acceptance of the script that you mentioned in payment of county taxes.

The question is therefore answered in the negative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Glenn R. Lewis_

Assistant

GRL:MR

APPROVED:

_Gerald C. Mann_

ATTORNEY GENERAL OF TEXAS